No. 879. MESECK TOWING & TRANSPORTATION CO. ET AL. *v.* BAKER ET AL;

No. 880. SAME *v.* SMITH-MURPHY CO., INC.; and

No. 881. SAME *v.* RYAN ET AL. April 30, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioners. *Messrs. Anthony V. Lynch, John W. Crandall,* and *Horace L. Cheyney* for respondents.

No. 882. AMCHANITZKY *v.* SINNOTT. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathan Amchanitzky, pro se. Solicitor General Biggs, Assistant Attorney General Blair,* and *Mr. H. Brian Holland* for respondent.

No. 890. EATON, COLLECTOR OF INTERNAL REVENUE, *v.* HARWOOD. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Henry F. Parmelee* for respondent.

No. 891. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WESTERN UNION TELEGRAPH CO. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Francis R. Stark* for respondent.

No. 900. FISKE ET AL. *v.* MISSOURI ET AL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. G. A.*

*Buder, Jr.,* and *Oscar E. Buder* for petitioners. No appearance for respondents.

No. 925. STOODY CO. *v.* MILLS ALLOYS, INC. ET AL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles C. Montgomery* for petitioner. *Mr. Frank W. Dahn* for respondents.

No. 896. OLSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. W. W. Spalding* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 902. CHEVROLET MOTOR CO. *v.* WATSON. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Arthur Miller* and *Alton Gumbiner* for petitioner. *Mr. William T. Thompson* for respondent.

No. 912. LEHIGH VALLEY R. CO. *v.* McGRATH, ADMINISTRATRIX. April 30, 1934. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Howard Cobb* and *Harold E. Simpson* for petitioner. *Mr. Clayton R. Lusk* for respondent.

No. 913. STREET ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. April 30, 1934. Petition for